# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00711-CV

**Myilette Thompson, Appellant**

**v.**

**Tracey Moore, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-23-005745, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due March 10, 2025. On March 25, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by April 4, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Prosecution

Filed: April 16, 2025